

# NUMBERS 13-17-00693-CV, 13-17-00694-CV, 13-17-00695-CV, 13-17-00696-CV, 13-17-00697-CV, AND 13-17-00698-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

STEVE W. PARK, AGENT
FOR TEXAS DRP LLC, D/B/A
A-ACTION BAIL BONDS,                                              Appellant,

v.

THE STATE OF TEXAS,                                               Appellee.

### On appeal from the County Court at Law
### of Aransas County, Texas.

# MEMORANDUM OPINION

**Before Justices Rodriguez, Contreras, and Benavides**
**Memorandum Opinion by Justice Contreras**

The appellant's brief in the above causes was ordered to be filed on or before

October 8, 2018.  On October 19, 2018, the Clerk of the Court notified appellant that the

brief had not been timely filed and that the appeal was subject to dismissal for want of

prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of the Court's letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief. To date, no response has been received from appellant.

Appellant has failed to either reasonably explain the failure to file a brief, file a motion for extension of time to file the brief, or file the brief. Accordingly, these appeals are DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c).

DORI CONTRERAS
Justice

Delivered and filed the 20th
day of November, 2018.

2